December 23, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

MARY RIGGINS, Appellant

NO. 14-13-00604-CV                 V.

RONALD E. HILL, LINDA C. HILL, WEST COLUMBIA PLAZA, LTD., AND
LUCKY LINDY DEVELOPMENT, Appellees

_____

       This cause, an appeal from a final order signed on April 9, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We order appellant Mary Riggins to pay all costs incurred in this appeal. We further order this decision certified below for observance.